**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| T.B., | : | No. 314 WAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| C.M.W. NOW C.M.P., | : | |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| M.L.B. AND J.R.B., | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

  **AND NOW**, this 24th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.